ORIGINAL

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                         NOTICE OF INTENT TO
            -v.-                    :    FILE AN INFORMATION

GARY J. SANTONE,                    :    08 CRIM 345

            Defendant.              :

- - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March ___, 2008
         April 17, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     _____
                                    E. Danya Perry
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                            By:     _____
                                    Laura Brevetti, Esq.
                                    Attorney for Gary J. Santone

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

4/17/08  WHEEL A

TOTAL P.13