```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America

   -against-

Gary J. Santone
              Defendant.

ORDER TO SURRENDER

08 CR 0345-01 (PKC)

It is hereby ordered that Gary J. Santone, the defendant, having been sentenced in the above case to the custody of the Attorney General, it is hereby ordered to surrender himself to the Attorney General by reporting to the Correctional Institution to be designated by the Bureau of Prisons before 2:00 p.m. on October 20, 2008.

So Ordered:

                  P. Kevin Castel, U.S.D.J.

**Acknowledgment:**

    I agree to report as directed in this order and understand that if I fail to do so (a) I may be cited for contempt of court and, if convicted, may be punished by imprisonment or fine or both, and (b) I may be charged with the separate crime of failure to surrender, 18 U.S.C. § 3146, and, if convicted, punished by a term of imprisonment and fine consecutive to the sentence I have already received.

_____
Attorney's Signature

_____
Defendant's Signature

CC:  U.S. Marshal, S.D.N.Y.
      Probation Dept., S.D.N.Y.
      Pretrial Services, S.D.N.Y.
      U.S. Attorney, S.D.N.Y.
      Defense Counsel